# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03719-SKC

BRAYAN RESENDIZ,

    Petitioner,

v.

JUAN BALTAZAR, Warden, Aurora ICE Processing,
TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, Secretary of U.S. Department of Homeland Security, and
PAM BONDI, in her official capacity as the Attorney General for the U.S. Department of Justice,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 25 and 27) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is

FURTHER ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. See Daley v. Ceja, 158 F.4th 1152 (10th Cir. Nov. 3, 2025); 28 U.S.C. § 2412(a)(1). It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 23rd day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/C. Pearson, Deputy Clerk

2